IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| CRUM AND FORSTER SPECIALTY INSURANCE COMPANY, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No.: 1:23-cv-03065 ) Honorable Martha Pacold ) |
| MARSHALL INVESTIGATIVE GROUP, INC. and CATHLEEN AND STEVE CIESLAK, | ) ) ) |
| Defendants. | ) ) |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiffs, CRUM AND FORSTER SPECIALTY INSURANCE COMPANY, by and through its attorneys, pursuant to Rule 41 (a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby move to voluntarily dismiss, without prejudice, their Complaint filed against Defendants, MARSHALL INVESTIGATIVE GROUP, INC. and CATHLEEN AND STEVE CIESLAK in the above-captioned action, with each party to bear their own fees and costs.

Dated: August 16, 2023

Respectfully Submitted,

By: /s/ James J. Hickey
James J. Hickey, Atty. No. 6198334
Amber C. Coisman, Atty No. 6281201
James.Hickey@kennedyslaw.com
Amber.coisman@kennedyslaw.com
KENNEDYS CMK
30 South Wacker Drive, Suite 3650
Chicago, IL 60606
Phone: (312) 800-5000
Fax: (312) 207-2110
*Attorneys for Crum and Forster Specialty Insurance Company*